ACCEPTED
06-15-00065-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/22/2015 5:19:01 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00065-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/22/2015 5:19:01 PM
DEBBIE AUTREY
Clerk

## IN THE COURT OF APPEALS
## FOR THE SIXTH DISTRICT OF TEXAS
## AT TEXARKANA, TEXAS

**JIMMY NOAH,**
**Appellant,**

**v.**

**DONALD WIKOFF, M.D., AND WIKOFF UROLOGY, P.A.,**
**Appellees.**

**On Appeal from the 62nd District Court**
**Lamar, County, Texas**
**Cause No. 83223**
**(Hon. Will Biard)**

## APPELLEES' NOTICE OF APPEARANCE OF ADDITIONAL APPELLATE COUNSEL AND DESIGNATION OF LEAD APPELLATE COUNSEL

**TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:**

**COME NOW**, Appellees Donald Wikoff, M.D., and Wikoff Urology, P.A. ("Appellees"), and pursuant to rule 6.2 of the Texas Rules of Appellate Procedure, file this Notice of Appearance of Additional Appellate Counsel and Designation of Lead Appellate Counsel, and would show the Court and all counsel as follows:

**I.**

Appellees have been represented in this appeal by Mr. William C. Dunnill, and Ms. Aaron D. Nadeau, Steed Dunnill Reynolds Murphy Lamberth, L.L.P., 1010 W. Ralph Hall Parkway, Second Floor, Rockwall, Texas 75032.

**II.**

Appellees have retained the following additional appellate counsel to represent them in this appeal:

Diana L. Faust
diana.faust@cooperscully.com
Texas Bar No. 00793717
Kyle M. Burke
kyle.burke@cooperscully.com
Texas Bar No. 24073089
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

Appellees designate Ms. Diana L. Faust as lead appellate counsel for purposes of this appeal. Additionally, Ms. Faust, and Mr. Burke request the Court and opposing counsel add them to the list of counsel in this case who will receive notice of all pleadings, notices, orders, and other communications from the Court and from opposing counsel.

Respectfully submitted,

**COOPER & SCULLY, P.C.**


By:   /s/Diana L. Faust

    **DIANA L. FAUST**
    diana.faust@cooperscully.com
    Texas Bar No. 00793717
    **KYLE M. BURKE**
    kyle.burke@cooperscully.com
    Texas Bar No. 24073089

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone:  (214) 712-9500
Facsimile:  (214) 712-9540

**STEED DUNNILL REYNOLDS
MURPHY LAMBERTH, L.L.P.**

**WILLIAM C. DUNNILL**
billdunnill@steedlawfirm.com
Texas Bar No. 00793655
**AARON D. NADEAU**
aaronnadeau@sfllawfirm.com
Texas Bar No. 24058542
1010 W. Ralph Hall Parkway
Second Floor
Rockwall, Texas 75032
Telephone:  (469) 698-4200
Facsimile:  (469) 698-4201

**ATTORNEYS FOR APPELLEES
DONALD WIKOFF, M.D., AND
WIKOFF UROLOGY, P.A.**

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Notice upon on all counsel of record, via efile, on this the 22nd day of September, 2015, at the following address:

Mr. Mark A. Haney                                                    **VIA EFILE**
mark@pulshaney.com
Mr. William Kelly Puls
Kelly@pulshaney.com
Mr. Kolter R. Jennings
Kolter@pulshaney.com
Puls & Haney, P.L.L.C.
300 Burnett, Suite 160
Fort Worth, Texas 76102
**Counsel for Appellant**


 /s/Diana L. Faust
**DIANA L. FAUST**